[No. 49706-5-I. Division One. July 22, 2002.]

TELECOMMUNICATIONS RATEPAYERS ASSOCIATION FOR COST-BASED AND EQUITABLE RATES, ET AL., *Appellants*, v. UTILITIES AND TRANSPORTATION COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-08089-0, Robert H. Alsdorf, J., entered November 13, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 19133-8-III. Division Three. July 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN DUARTE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-1-00078-1, John E. Bridges, J., entered February 23, 2000. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 19715-8-III. Division Three. July 23, 2002.]

NORTHWEST MINING AND EXTRACTION, INC., *Appellant*, v. SAFE GUARD PRODUCTS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-04066-9, Salvatore F. Cozza, J., entered November 8, 2000. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 25045-4-II. Division Two. July 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00960-6, James E. Rulli, J., entered August 19, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.